Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
Lauren D. Norton, Bar #037070
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4544
Fax: (602) 200-7810
pstanfield@jshfirm.com
cspicker@jshfirm.com
lnorton@jshfirm.com

Attorneys for Defendants Lily Transportation
Corp. and Andrew Barrett

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Griselda Sanchez, individually and on behalf of all statutory beneficiaries of Levi Sanchez-Henry, deceased,<br><br>          Plaintiff,<br><br>    v.<br><br>Lily Transportation Corp., Andrew Barrett, a single man,<br><br>          Defendants. | No. 3:23-cv-08117-JJT<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that a settlement has been reached between the Plaintiff and Defendants Lily Transportation Corp. and Andrew Barrett. These parties will file a Stipulation to Dismiss and corresponding Order shortly.

118300217.1

DATED this 8th day of April, 2025.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ Lauren D. Norton*
Phillip H. Stanfield
Clarice A. Spicker
Lauren D. Norton
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Lily
Transportation Corp. and Andrew Barrett

2

118300217.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Jessica Madden

3

118300217.1