# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Griselda Sanchez, | No. CV-23-08117-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Lily Transportation Corporation, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation to Dismiss with Prejudice (Doc. 171), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 171). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 9th day of May, 2025.

_____
Honorable John J. Tuchi
United States District Judge